UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Faustino Pablo Pablo | § |
| | §    CIVIL NO: |
| vs. | §    EP:25-CV-00566-DCG |
| | § |
| Todd Lyons, Kristi Noem, Pamela Bondi, Daren K. Margolin, Warden ERO El Paso Camp East Montana | § |

## ORDER SETTING MOTIONS HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING** in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on **Wednesday, January 21, 2026 at 10:00 AM**. All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 3rd day of December, 2025.

_____
DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE