UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **FAUSTINO PABLO PABLO,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **TODD M. LYONS,** *Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, in his official capacity*; | § § § § § | |
| **DAREN K. MARGOLIN,** *Director of Executive Office for Immigration Review, in his official capacity*; | § § § § | EP-25-CV-00566-DCG |
| **KRISTI NOEM***, Secretary of U.S. Department of Homeland Security, in her official capacity*; | § § § § | |
| **PAMELA BONDI,** *Attorney General of the United States, in her official capacity*; | § § § | |
| **and WARDEN of ERO El Paso Camp East Montana in El Paso, Texas,** *in his or her official capacity*; | § § § § | |
| *Respondents*. | § § | |

## **DISCLOSURE ORDER**

On January 21, 2026, counsel in the above-captioned case appeared for an evidentiary hearing.[1] At that hearing, counsel for Petitioner Faustino Pablo Pablo stated that she requested documentation from Petitioner's recent Convention Against Torture ("CAT") interview from both Immigration and Customs Enforcement ("ICE") and United States Citizenship and

---

[1] *See* ECF No. 37, Minute Entry.

- 2 -

Immigration Services ("USCIS"), but the agencies declined her request. The Court orally ordered Respondents to disclose all records from that interview to Petitioner within ten days.

Therefore, the Court **ORDERS** Respondents to disclose all records from Petitioner's CAT interview no later than **Monday, February 2, 2026**.[2]

**So ORDERED and SIGNED this 21st day of January 2026.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

---

[2] *See generally* FED. R. CIV. P. 6(a)(1)(C) (providing that where a deadline set by court order would otherwise fall on "a Saturday, Sunday, or legal holiday" (here, Saturday, January 31, 2026), the deadline automatically extends to "the end of the next day that is not a Saturday, Sunday, or legal holiday").