<u>*UNITED STATES DISTRICT COURT*</u>
<u>*WESTERN DISTRICT OF TEXAS*</u>
<u>*EL PASO DIVISION*</u>

*FAUSTINO PABLO PABLO*
  *petitioner,*

  *V.*
*TODD M. LYONS*, *et al;*
*Respondents.*

*EP-25-CV-00566-DCG*

---

## *MOTION TO SUBMIT EVIDENCE*
## *AND GRANT RELIEF REQUEST*

*I know that I can not act by my self, but I want you to be advice that if I get deported, I will file the complain with the International Criminal Court so if you can considered these evidence for my case I will withdraw my lawyer and do a settlement.*

*These evidence are submitted in support of Petition for a Writ of Habeas Corpus under 28 U.S.C. / 2241. That, the United States Of America has been operated under color of law ans not lawfully, due to the United States of America violation of the United States Constitution as well as human rights violation under Geneva Convention. Furthermore the United States of America is also in violations to identity theft, securities fraud, trade secret, treason and human trafficking beings for financial gain and profit on the U.S. stock market gain in the International stock market without Petitioner's knowledge and consent with verifiable Committee Uniform Security Identification Procedure (CUSIP). These securities (human bond) that has been created under petitioner name and USCIS A#205-760-485 as well as violations of the Northwest Treaty which is still in full force and effect.*

*FAUSTINO PABLO PABLO (ACCT 205-760-485 US CUSTOMS NOTICE)*
***Loomis Sayles Limited Term Government and Agency Fund***
| | |
|---|---|
| *Symbol:* | *NECLX* |
| *CUSIP:* | *543487334* |
| *ISIN:* | *US5434873346* |
| *Inception Date:* | *12/30/1994* |
| *Net assets:* | *$668,550,000.00 as of 3/28/2026* |

*The U.S Department of Homeland Security is committing human trafficking of highest degree and the United States Bill of Rights as well as violating the International Law of Nations, including but not limited to:*

*By operation of law. It became to grantee of beneficial interest assigned to me by the U.S Department of Homeland Security and registered through CUSIP of the property and assets of value granting me the rights of use of the estates assets/funds.*
*I demand immediate release and grant me the United States Citizen for my silent. If the U.S Department of Homeland Security rejects this settlement and not respond withing 30 days and If I get*

*deported. I will immediately file a complaint to the International Criminal Court and expose this information to the public.*

*Upon acceptance and fulfillment of this settlement. I will continue strive to be peaceful and declare to engage in a treaty of peace as started in my declaration of peace affidavit and will continue to pledge my sacred honor this NON-DISCOURE AGREEMENT, that I will not publicize in any way of this settlement, nor any copies of this settlement on any public platforms or any social media platform to undermine NATION or CORPORATION OF THE UNITED STATES. I reserve the right to share this settlement immediately with family, in private communication. (This settlement does not included current detainees and associates who are witnessing the creation filling of this settlement.*

## INDEX OF EXHIBITS

*1. Copy of Employment Authorization.*
*2. Copy of Detainee ID.*
*3. Copy of CUSIP RESULT OF Faustino Pablo (acct 205-760-485)*

**Date:** July/14/2024

**Sincerely:** _____
    *Faustino Pablo Pablo*

## **Your CUSIP Results are as follows:**

**PABLO FAUSTINO (ACCT A205-760-485 [US CUSTOMS NOTICE])**
**Loomis Sayles Limited Term Government and Agency Fund**
Symbol:                          NECLX
CUSIP:                           `543487334`
ISIN:                            US5434873346
Inception Date:                  12/30/1994
Net Assets:                      $668,550,000.00 as of
                                 3/28/2026

**A little about the Fund:**
Loomis Sayles Limited Term Government and Agency Fund seeks a high current return
consistent with preservation of capital by investing in investments issued or guaranteed
by the U.S. government, its agencies or instrumentalities. The Fund's benchmark is
Bloomberg U.S. 1-5 Year Government Bond Index.





UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION

Surname
**PABLO PABLO**
Given Name
**FAUSTINO**
USCIS#                  Category   Card#
**205-760-485   A10   MSC2690027218**
Terms and Conditions
**None**
Date of Birth           Sex
**20 APR 1992        M**
Country of Birtr
**Guatemala**
Valid From:   **02/05/26**
Card Expires: **08/04/27**

NOT VALID FOR REENTRY TO U.S.



FORM I-765
Rev (12-2021)   55426846

This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.

26C      If found, drop in any US Mailbox.  USPS: Mail to 7 Product Way, Lees Summit, MO 64002

```
IAUSA2057604853MSC2690027218<<
9204203M2708045GTM<<<<<<<<<<<3
PABLO<PABLO<<FAUSTINO<<<<<<<<<
```

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**



**UNITED S**
**POSTAL S**

- Expected delivery date specif
- Domestic shipments include S
- USPS Tracking® service inclu
- Limited international insuranc
- When used internationally, a

*Insurance does not cover certain items
Domestic Mail Manual at *http://pe.usps*

** See International Mail Manual at *http*

# FLAT RATE EN
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INS



**PS00001000014**

This package is made from post-consumer waste. Please recycle - again.

---

**UNITED STATES POSTAL SERVICE.**    *Retail*

| P | US POSTAGE PAID | |
|---|---|---|
| | **$12.90** | Origin: 79910<br>07/14/26<br>4828450105-21 |

**PRIORITY MAIL®**



0 Lb 2.40 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   07/17/26

C015

SHIP
TO:

511 E SAN ANTONIO AVE
EL PASO TX 79901-2417

**USPS TRACKING® #**

9505 5137 7148 6195 7770 30

---



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

NAME Faustino Pablo Pablo
A # 205-760-485   UNIT # 3
ICE PROCESSING CENTER
8915 MONTANA AVE.
EL PASO. TX 79925

TO: David C Guaderrama
United States District Court
Western District of Texas
El Paso Division
511 East San Antonio Ave
El Paso TX 79901

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

NAME _José B Delgado Lozada_

A # _220060481_     UNIT _4_

E PROCESSING CENTER
15 MONTANA
EL PASO, TX 79925

Court

Correo

Envio Rapido

Correo

Correo

Correo