# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **FAUSTINO PABLO PABLO,** | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **DAVID J. VENTURELLA,** *in his official* | § | |
| *capacity as* Senior Official Performing the | § | |
| Duties of the Director of U.S. Immigration | § | |
| and Customs Enforcement; | § | |
| **DAREN K. MARGOLIN,** *in his official* | § | |
| *capacity as* Director of Executive Office for | § | |
| Immigration Review; | § | **EP-25-CV-00566-DCG** |
| **MARKWAYNE MULLIN***, in his official* | § | |
| *capacity as* Secretary of U.S. Department of | § | |
| Homeland Security; | § | |
| **TODD BLANCHE,** *in his official capacity* | § | |
| *as* Acting Attorney General of the | § | |
| United States; and | § | |
| **WARDEN OF ERO EL PASO CAMP** | § | |
| **EAST MONTANA,** *in his or her official* | § | |
| *capacity*, | § | |
| | § | |
| | § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

The Court previously granted Petitioner Faustino Pablo Pablo's Petition for a Writ of

Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) and directed the Clerk to close this case.[1]

The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[2]

---

[1] *See* Mem. Op. & Order ECF No. 74.

[2] *See* FED. R. CIV. P. 58(a) (providing that "every judgment . . . must be set out in a separate document").

- 2 -

For the reasons stated in the Court's "Memorandum Opinion and Order" (ECF No. 74), the Court **GRANTS** Petitioner Faustino Pablo Pablo's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1).

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**So ORDERED and SIGNED this 11th day of August 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**